**BOUTIN JONES INC.**
Daniel S. Stouder SBN 226753
Ian K. McGlone SBN315201
555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603
T: (916) 321-4444/F: (916) 441-7597

Attorneys for Defendants, SaniFlame, Inc.,
Jules Jarc, and Rob Faber

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOMIS BASIN EQUINE MEDICAL CENTER, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SANIFLAME, INC., a Canadian Corporation; JULES JARC, an Individual, ROB FABER, an Individual, and Does 1 to 10, inclusive<br><br>Defendants. | Case No.:  2:21-cv-01404-JAM-KJN<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT** |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants by and through their designated counsel, that:

WHEREAS Plaintiff contends that SaniFlame, Inc. and Jules Jarc were each served with the complaint on November 6, 2021.

WHEREAS defendant Rob Farber was served with the complaint on December 16, 2021.

WHEREAS all defendants only recently retained the same counsel.

WHEREAS January 14, 2022 is more than 28 days beyond the date by which SaniFlame, Inc. and Jules Jarc were originally required to respond to the complaint.  Local Rule 144(a).

1
STIPULATION AND ORDER

1184521.2

WHEREAS the parties agree that all Defendants shall have until January 14, 2022 to file and serve a response to the complaint.

IT IS SO STIPULATED.

Dated: January 3, 2022                    BOUTIN JONES INC.

By: /s/ Daniel S. Stouder
Daniel S. Stouder
Ian K. McGlone
Attorney for Defendants, Sani Flame, Inc., Jules Jarc, and Rob Faber

Dated: January 3, 2022                    SIMS, LAWRENCE & ARRUTI.

By: /s/
Cynthia Gill Lawrence
Attorney for Plaintiff, Loomis Basin Equine Medical Center, Inc.

IT IS SO ORDERED.

Dated: January 5, 2022                    /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE