**BOUTIN JONES INC.**
Daniel S. Stouder SBN 226753
Ian K. McGlone SBN315201
555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603
T: (916) 321-4444/F: (916) 441-7597

Attorneys for Defendants, SaniFlame, Inc.,
Jules Jarc, and Rob Faber

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOMIS BASIN EQUINE MEDICAL CENTER, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SANIFLAME, INC., a Canadian Corporation; JULES JARC, an Individual, ROB FABER, an Individual, and Does 1 to 10, inclusive<br><br>Defendants. | Case No.:  2:21-cv-01404-JAM-KJN<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants by and through their designated counsel, that:

WHEREAS on May 13, 2022, the Court issued an Order denying Defendants' Motion to Dismiss the First Amended Complaint.

WHEREAS Defendants' response to the First Amended Complaint is currently due on May 27, 2022.

WHEREAS Defendants' counsel is moving to withdraw as counsel.

WHEREAS June 10, 2022 is more than 28 days beyond the date by which Defendants were originally required to respond to the First Amended Complaint.  Local Rule 144(a).

WHEREAS the parties agree that all Defendants shall have until June 10, 2022 to file and serve a response to the First Amended Complaint.

IT IS SO STIPULATED.

Dated: May 26, 2022    BOUTIN JONES INC.

By:  */s/ Ian K. McGlone*
Daniel S. Stouder
Ian K. McGlone
Attorney for Defendants, Sani Flame, Inc., Jules Jarc, and Rob Faber

Dated: May 25, 2022    SIMS, LAWRENCE & ARRUTI.

By:  */s/ Cynthia G. Lawrence*
Cynthia Gill Lawrence
Attorney for Plaintiff, Loomis Basin Equine Medical Center, Inc.

IT IS SO ORDERED.

Dated: May 26, 2022    /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE