CYNTHIA G. LAWRENCE (SBN 148927)
BLAZE VAN DINE (SBN 251946)
SIMS, LAWRENCE & BROGHAMMER
1478 Stone Point Drive, Suite 450
Roseville, CA 95661
Telephone:  (916) 797-8881
Facsimile:  (916) 253-1544
Email: cynthia@sims-law.net
         blaze@sims-law.net
         slb-eservice@sims-law.net

Attorney for Plaintiff
LOOMIS BASIN EQUINE MEDICAL CENTER, INC.

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOMIS BASIN EQUINE MEDICAL CENTER, INC., a corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SANIFLAME, INC., a corporation; JULES JARC, an individual; ROB FABER, an individual and DOES 1 to 10, inclusive,<br><br>Defendants. | No. 2:21-cv-01404-JAM-CSK PS<br><br>**[PROPOSED]** ORDER |

Having considered Plaintiff Loomis Basin Equine Medical Center, Inc.'s Request for Voluntary Dismissal, IT IS HEREBY ORDERED that:

1.      Plaintiff's request for the voluntary dismissal of Defendant JULES JARC without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure is GRANTED; and

2.      Defendant JULES JARC is dismissed from this action without prejudice.

Dated:  May 15, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

-1-