1   CYNTHIA G. LAWRENCE (SBN 148927)
    BLAZE VAN DINE (SBN 251946)
2   SIMS, LAWRENCE & BROGHAMMER
    1478 Stone Point Drive, Suite 450
3   Roseville, CA 95661
    Telephone:  (916) 797-8881
4   Facsimile:  (916) 253-1544
    Email: cynthia@sims-law.net
5           blaze@sims-law.net
            slb-eservice@sims-law.net
6

7   Attorney for Plaintiff
    LOOMIS BASIN EQUINE MEDICAL CENTER, INC.

8               UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11

12   LOOMIS BASIN EQUINE MEDICAL      No. 2:21-cv-01404-JAM-CSK PS
    CENTER, INC., a corporation,

13             Plaintiff,            **[PROPOSED] ORDER**

14       vs.

15   SANIFLAME, INC., a corporation; JULES
    JARC, an individual; ROB FABER, an
16   individual and DOES 1 to 10, inclusive,

17            Defendants.

18

19

20        Having considered Plaintiff's Request for Voluntary Dismissal, IT IS HEREBY ORDERED

21   that:

22        1.     Plaintiff's request for the voluntary dismissal of Doe Defendants 1 to 10 without

23   prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure is GRANTED; and

24        2.     Doe Defendants 1 to 10 are dismissed from this action without prejudice.

25

26   Date:  May 28, 2025

27                CHI SOO KIM
                UNITED STATES MAGISTRATE JUDGE

28   5, loom.1404.21

[PROPOSED] ORDER