UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOMIS BASIN EQUINE MEDICAL CENTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROB FABER AND SANIFLAME, INC., <br><br> Defendants. | Case No. 2:21-cv-01404-JAM-CSK PS <br><br> CORRECTED SCHEDULE SUMMARY RE: PRETRIAL SCHEDULING ORDER <br><br> (ECF No. 51) |

On May 29, 2025, the Court issued a pretrial scheduling order in this case.[1] (ECF No. 51.) The summary table below corrects an inadvertent error in the summary table in the pretrial scheduling order. *See id*. at 10. Specifically, the summary table is updated to reflect the **October 21, 2025** deadline to file the Joint Mid-Discovery and Mediation Status Statement. All other dates remain the same.

///

///

///

///

---

[1] This matter proceeds before the undersigned pursuant to 28 U.S.C. § 636 and Local Rule 302(c)(21).

1

I.  **SCHEDULE SUMMARY (CORRECTED)**

| Event | Deadline Ordered |
|---|---|
| Initial Disclosures Due By | June 21, 2025 |
| Joint Mid-Discovery and Mediation Status Statement Filed By | October 21, 2025 |
| Non-Expert Discovery Completion | October 27, 2025 |
| Expert Disclosures Due By | December 22, 2025 |
| Rebuttal Expert Disclosures Due By | January 30, 2026 |
| Expert Discovery Completion | February 27, 2026 |
| If cross-motions for summary judgment,[2] Plaintiff's Summary Judgment Motion Filed By | April 14, 2026 |
| If no cross-motions for summary judgment, Dispositive Motions Filed By | May 5, 2026 |
| Dispositive Motions Heard By | June 9, 2026 |
| Joint Pretrial Statement Due By | August 28, 2026 |
| Final Pretrial Conference | September 4, 2026 |
| Jury Trial (5 days) | October 26, 2026 |

The Clerk of Court shall serve a copy of this order on Plaintiff at his mailing address and via his email address.

Dated:  08/27/25

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

5, loom.1404.21

---

[2]  If both Plaintiff and Defendant intend to file motions for summary judgment, the parties must follow the schedule set out in Judge Kim's Civil Standing Orders for cross-motions for summary judgment.