UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOMIS BASIN EQUINE MEDICAL CENTER, INC.,<br>Plaintiff,<br>v.<br>ROB FABER,<br>Defendant. | Case No. 2:21-cv-01404-JAM-CSK<br>**ORDER**<br>(ECF No. 67.) |

On August 21, 2026, the magistrate judge filed findings and recommendations (ECF No. 67), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. (ECF No. 67). No objections were filed and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has reviewed the file and finds the findings and recommendations are supported by the record and by proper analysis. The Court therefore concludes that it is appropriate to adopt the findings and recommendations in full.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 67) are **ADOPTED IN FULL**;

2. Plaintiff's motion for summary judgment (ECF No. 63) is **GRANTED IN PART** and **DENIED IN PART**. Plaintiff is **GRANTED** summary judgment on its breach of implied

warranty of merchantability claim (claim two) and **DENIED** summary judgment on its breach of implied warranty for fitness claim (claim three) and breach of the implied covenant of good faith and fair dealing claim (claim seven).

Dated: September 08, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE