CYNTHIA G. LAWRENCE (SBN 148927)
BLAZE VAN DINE (SBN 251946)
SIMS, LAWRENCE & BROGHAMMER
1478 Stone Point Drive, Suite 450
Roseville, CA 95661
Telephone: (916) 797-8881
Facsimile: (916) 253-1544
Email: cynthia@sims-law.net
blaze@sims-law.net
slb-eservice@sims-law.net

Attorney for Plaintiff
LOOMIS BASIN EQUINE MEDICAL CENTER, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOOMIS BASIN EQUINE MEDICAL CENTER, INC., a corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SANIFLAME, INC., a corporation; JULES JARC, an individual; ROB FABER, an individual and DOES 1 to 10, inclusive,<br><br>Defendants. | No. 2:21-cv-01404-JAM-CSK PS<br><br>**FINAL JUDGEMENT** |

Plaintiff Loomis Basin Equine Medical Center, Inc., ("Loomis Basin"), filed a First Amended Complaint ("FAC") on January 12, 2022, against Defendants SaniFlame, Inc., ("SaniFlame"), Jules Jarc, Rob Faber, ("Faber") and DOES 1-10. (ECF No. 14). Jules Jarc and the DOE Defendants have been dismissed from this action. (ECF Nos. 47 & 50.)

The FAC alleges the following claims against the following Defendants: (1) breach of contract (SaniFlame); (2) breach of warranty of merchantability (SaniFlame and Faber) (3) breach of warranty of fitness for a particular purpose (SaniFlame and Faber); (4) breach of express warranty (SaniFlame and Faber); (5) breach of implied warranty (SaniFlame and Faber); (6) intentional misrepresentation/fraud (SaniFlame and Faber); (7) breach of the implied covenant of good faith

(SaniFlame and Faber); (8) breach of implied duty to perform with reasonable care (SaniFlame and Faber); (9) negligent misrepresentation (SaniFlame and Faber); and (10) violation of Business & Professions Code § 17200 *et seq.* (SaniFlame).

On April 1, 2024, the Court entered judgment against SaniFlame. (ECF Nos. 37 & 38.) On April 20, 2026, Plaintiff filed a motion for summary judgment against Defendant Faber in the amount of $292,188.56. (ECF No. 63.) On September 9, 2026, the Court granted Plaintiff's motion for summary judgment against Defendant Faber as to the FAC's second claim for relief, breach of implied warranty of merchantability. (ECF No. 70.) On September 10, 2026, Plaintiff filed a request to dismiss the FAC's unadjudicated claims against Defendant Faber without prejudice and enter judgment for Plaintiff in the amount of $292,188.56, pursuant to the argument and evidence offered in support of Plaintiff's motion for summary judgment. (ECF No. 72.)

Good cause appearing, IT IS HEREBY ORDERED that;

1. Plaintiff's request to voluntarily dismiss the First Amended Complaint's unadjudicated claims against Defendant Faber is **GRANTED**;

2. The First Amended Complaint's third, fourth, fifth, sixth, seventh, eighth, and ninth causes of action are **DISMISSED WITHOUT PREJUDICE** as to Defendant Faber;

3. Judgment is entered against Defendant Faber;

4. Defendants SaniFlame and Faber are **ORDERED** to pay Plaintiff $292,188.56; and

5. This action is **CLOSED**.

Dated: September 28, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE